AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JELLEN, EDWARD D. | U.S. BANKRUPTCY COURT, N.D. CA | 02/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination, Date ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 01/01/2011 to 01/31/2012 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. BANKRUPTCY COURT 1300 CLAY ST. (2ND FL) OAKLAND, CA 94612 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JELLEN, EDWARD D. | 02/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01-05/2011 | U.C. BERKELEY LAW SCHOOL - TEACHING | $14,476.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JELLEN, EDWARD D.** | 02/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JELLEN, EDWARD D. | 02/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A T & T COMMON STOCK | B | Dividend | K | T | | | | | |
| 2. CLOROX CO DE | A | Dividend | K | T | | | | | |
| 3. SANDISK CORP CALL OPTION AT 41.00 EXP. 1/22/2011 | | None | | | Sold | 01/21/11 | J | | SEE PART VIII |
| 4. OCCIDENTAL PETROLEUM CORP DE (OXY) | D | Dividend | O | T | | | | | |
| 5. PROCTER & GAMBLE | A | Dividend | J | T | | | | | |
| 6. GENERAL ELECTRIC CORP (GECC) | B | Interest | L | T | | | | | |
| 7. FRANKLIN CA TX FR INC A | C | Int./Div. | L | T | | | | | |
| 8. PUTNAM CA TAX-EX INC A | D | Int./Div. | L | T | Sold (part) | 12/30/11 | M | | |
| 9. SANDISK CORP | | None | | | Sold | 01/21/11 | K | C | |
| 10. HARTFORD PUTNAM VAR. RATE ANNUITIES | | None | M | T | | | | | |
| 11. MS ACTIVE ASSETS TAX FR TRUST | A | Int./Div. | L | T | | | | | |
| 12. UTILITIES SEL SECT SPDR FUND (XLU) | B | Dividend | L | T | | | | | |
| 13. SACRAMENTO CA MUNI UTIL DIST ELEC REV REF SER-U | B | Interest | K | T | | | | | |
| 14. HEALDSBURG CA, PUB FING AUTH WASTEWATER REV | B | Interest | K | T | | | | | |
| 15. SACRAMENTO CNTY CA. ARPT SYS REV SNR-A(25k FACE VALUE) | B | Interest | K | T | | | | | |
| 16. APPLE INC | | None | L | T | | | | | |
| 17. UNIVERSITY CA REVS LTD PROJ-B | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JELLEN, EDWARD D. | 02/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SACRAMENTO CNTY CA. ARPT SYS REV SNR-A (40k FACE VALUE) | C | Interest | K | T | | | | | |
| 19. MORGAN STANLEY BANK DEPOSIT (IRA) | A | Interest | J | T | | | | | |
| 20. ISHARES S&P GLBL TELECOMM (IRA) | A | Dividend | J | T | Buy (add'l) | 01/18/12 | J | | |
| 21. ISHARES IBOXX INVEST GR COR FD (IRA) | C | Dividend | L | T | | | | | |
| 22. BANK OF AMERICA CD | A | Interest | K | T | | | | | SEE PART VIII |
| 23. OCCIDENTAL PETROL CALL OPTION AT 90.00 EXP 1/22/11 | | None | | | Expired | 01/22/11 | J | D | SEE PART VIII |
| 24. ABBOTT LABORATORIES (ABT) | B | Dividend | K | T | Buy | 01/27/11 | K | | |
| 25. OCCIDENTAL PETROL CALL OPTION AT $110.00 EXP 1/21/12 | | None | | | Sold | 11/16/11 | J | | SEE PART VIII |
| 26. OCCIDENTAL PETROL CALL OPTION AT $110.00 EXP 1/21/12 | | None | | | Expired | 01/21/12 | J | C | SEE PART VIII |
| 27. PUTNAM TAX-EX INCOME A (PTAEX) | A | Int./Div. | M | T | Buy | 12/30/11 | M | | |
| 28. OCCIDENTAL PETROL CALL OPTION AT $100.00 EXP 8/20/11 | | None | | | Sold | 01/21/11 | J | | SEE PART VIII |
| 29. OCCIDENTAL PETROL CALL OPTION AT $100.00 EXP 8/20/11 | | None | | | Expired | 08/20/11 | J | D | SEE PART VIII |
| 30. OCCIDENTAL PETROL CALL OPTION AT $90.00 EXP 1/22/11 | | None | J | T | Buy | 01/21/11 | J | | SEE PART VIII |
| 31. OCCIDENTAL PETROL CALL OPTION AT $90/00 EXP 1/22/11 | | None | | | Expired | 01/22/11 | J | | SEE PART VIII |
| 32. OCCIDENTAL PETROL CALL OPTION AT $115.00 EXP 5/19/12 | | None | | | Sold | 01/18/12 | J | | SEE PART VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| JELLEN, EDWARD D. | 02/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - line 3 - This call option was outstanding at 12/31/2010, and was exercised on 01/21/2011. The actual sale is reported on line 9.

Part VII - line 22 - This account was mistakenly reported as a Bank of America Checking Account in prior reports. This is actually a Bank of America Certificate of Deposit which was last renewed on 12/11/11 for another eighteen month period.

Part VII - line 23 - This call option was outstanding at 12/31/2010 and expired on 01/22/2011. The cost of the options the judge received is represented in column D(4).

Part VII - lines 25 and 26 - An option to buy was sold on 11/16/11 and expired on 01/21/12. The cost of the options the judge received is represented in column D(4) on line 26.

Part VII - lines 28 and 29 - An option to buy was sold on 01/21/11 and expired on 08/20/11. The cost of the options the judge received is represented in column D(4) on line 29.

Part VII - lines 30 and 31 - An option to buy was purchased on 01/21/11 and expired on 01/22/11.

Part VII - line 32 - An option to buy was sold on 01/18/12 and remained outstanding as of 01/31/12.

| Name of Person Reporting | Date of Report |
|---|---|
| JELLEN, EDWARD D. | 02/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDWARD D. JELLEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544